IT IS SO ORDERED:

*signature*
Glenn T. Suddaby
U.S. District Judge

Dated: 12/7/2023
Syracuse, NY

**United States District Court**
**Northern District of New York**

LASONYA R. STEPHENS,
*Plaintiff,*

vs.

KILOLO KIJAKAZI,
Commissioner of Social Security
*Defendant.*

Case 5:23-cv-00115

Stipulation – Document Filed Electronically

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will offer the opportunity for a new hearing, re-evaluate the opinion evidence pursuant to 20 C.F.R 404.1527 and 416.927, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| KILOLO KIJAKAZI, | LASONYA R. STEPHENS, |
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman, | |
| United States Attorney | |
| /s/ Johanny Santana | /s/ Justin M. Goldstein |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller, PLLC |
| Office of Program Litigation, Office 2 | 6000 North Bailey Avenue - Suite 1A |
| Office of the General Counsel | Amherst, NY 14226 |
| Social Security Administration | 716-564-3288 |
| 6401 Security Boulevard | Fax: 716-332-1884 |
| Baltimore, MD 21235 | Email: jgoldstein@kennethhiller.com |
| (212) 264-4401 | |
| Johanny.Santana@ssa.gov | |