UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

LASONYA R. STEPHENS,

                Plaintiff,

                                                             Civil Action No. 5:23-cv-00115-GTS-TWD

      v.

MARTIN O'MALLEY,[1]
Commissioner of Social Security,

                Defendant

-------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Johanny Santana, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, and Justin M. Goldstein, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$7,000.19,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: January 4, 2024

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

*Stephens v. Commissioner 5:23-cv-0115-GTS-TWD*
*Stipulation and Order Awarding Attorney's Fees Under EAJA*

| | | | |
|---|---|---|---|
| By: | */s/ Johanny Santana* <br> Special Assistant United States Attorney <br> Office of Program Litigation, Office 2 <br> Office of the General Counsel <br> Social Security Administration <br> 6401 Security Boulevard <br> Baltimore, MD 21235 <br> (212) 264-4401 <br> johanny.santana@ssa.gov | By: | */s/ Justin M. Goldstein* <br> Law Offices of Kenneth Hiller, PLLC <br> 6000 North Bailey Avenue - Suite 1A <br> Amherst, NY 14226 <br> 716-564-3288 <br> Fax: 716-332-1884 <br> Email: jgoldstein@kennethhiller.com |

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

Dated: January 5, 2024